UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES,

                                                                                       18-cr-548 (PKC)

      -against-

                                                                                       ORDER

ROBERT GUILIANO,

                          Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to Mr. Guiliano's application by May 6, 2020.  There will be a telephonic hearing on the application on May 8, 2020 at 2:15 p.m.  Defense counsel shall file a letter stating if Mr. Guiliano waives his appearance by May 4, 2020.  The call-in information for this teleconference is:

        <u>Dial-in</u>:       (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                                P. Kevin Castel
                                                       United States District Judge

Dated:  New York, New York
         May 1, 2020