UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                                                                    18-cr-548 (PKC)

        -against-

                                                                                                   ORDER

ROBERT GUILIANO,

                                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Defense counsel shall file by May 4, 2020 a discharge plan in the event the Court were to grant the requested relief, including where Mr. Guiliano would reside, with whom he would reside, as well as how and from whom he would receive medical assistance.

        SO ORDERED.

                                                                                            P. Kevin Castel
                                                                    United States District Judge

Dated:  New York, New York
           May 1, 2020