UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                                                    18-cr-548 (PKC)

     -against-

                                                                                     <u>ORDER</u>

ROBERT GUILIANO,

                              Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The May 15, 2020 telephonic conference is rescheduled from 2:15 p.m. to 3:30 p.m.

The call-in information for this teleconference is:

        <u>Dial-in</u>:        (888) 363-4749

        <u>Access Code</u>:   3667981

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
           May 8, 2020